# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

DEC 11 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**

Plaintiff,

v.   Case No. 18-M-6207-01-KGG

**AMY S. BELL,**

Defendant.

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, hereby state that the following is true and correct to the best of my knowledge and belief:

## Count One

**18 U.S.C. § 922(g)(1)**
**(Prohibited Person in Possession of a Firearm)**

On or about November 13, 2018, in the District of Kansas, the defendant,

**AMY S. BELL,**

having been convicted of an offense punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm – to wit, a

Smith & Wesson handgun, said firearm having been shipped or transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2)

I further state that I am a Detective with the Sedgwick County Sheriff's Office, and that this Complaint is based on the following facts:

See accompanying *Affidavit*, which is hereby incorporated by reference as if set out in full herein, and offered in support of a finding that probable cause exists to believe that Defendant, Amy S. Bell, committed the offense set forth in this *Complaint*.

                                DETECTIVE MICHAEL JAUSEL
                                Sedgwick County Sheriff's Office

Sworn to before me and subscribed in my presence this 11th day of December, 2018, at Wichita, Kansas.

After reviewing this *Complaint* and the accompanying *Affidavit*, I find that there is probable cause to believe that Defendant, Amy S. Bell, committed the offense set forth in this *Complaint*.

HONORABLE KENNETH G. GALE  
United States Magistrate Judge           Signature of Judicial Officer

2

## AFFIDAVIT

| | | |
|---|---|---|
| **STATE OF KANSAS,** | ) | **AMY SUE BELL** |
| | ) ss: | W/F, DOB: XX-XX-1978 |
| **SEDGWICK COUNTY,** | ) | SOC: XXX-XX-4347 |
| | | LEO# 18S010705 |
| | | KDAR: 3087A1852621 |

I, Michael Jausel, of lawful age, being first duly sworn on oath, on information and belief state:

AFFIANT is a detective with the Sedgwick County Sheriff's Department. In that capacity the Affiant was assigned to investigate case number 18S010705. The Affiant has probable cause to believe that an offense against the Laws of the State of Kansas has been committed, and that AMY SUE BELL, a W/F, XX-XX-1978 committed said offense. All of these events did occur in Sedgwick County Kansas on November 13th, 2018. The basis for probable cause is as follows:

On November 13th, 2018, Deputies Reinhard Hay, D1498 and Matthew Burdett, D1556 were searching for AMY SUE BELL at her listed residence of 541 North Lorraine in Sedgwick County, Kansas. BELL had listed this residence as hers on previous offender registration forms prior to this date. BELL had an active warrant for her arrest for an offender registration violation at the time the Deputies were searching for her. Both Deputies observed a white female with red hair enter into a silver car parked in the front yard of 541 North Lorraine. Deputies believed the white female was BELL from pervious contacts with her. The vehicle proceeded north on Lorraine from the residence and failed to signal its turn at the intersection of Lorraine and Elm.

Deputies conducted a traffic stop at approximately the 600 block of North Hillside Sedgwick County, Kansas for the traffic infraction they had observed. Deputy Hay approached the vehicle on the driver's side while Deputy Burdett approached the passenger side of the vehicle. Deputy Hay confirmed the right front passenger was AMY SUE BELL and

Deputy Burdett instructed BELL out of the vehicle. Deputy Burdett placed BELL into custody for her active warrant.

While being placed into custody BELL advised Deputy Burdett that she had contraband in her bra. Deputy Burdett allowed BELL to remove clear plastic baggies from her bra. One of the clear plastic baggies contained what Deputy Burdett believed to be methamphetamine from his training and experience. Another clear plastic baggie contained a pill Deputy Burdett did not identify. Deputy Burdett then handcuffed BELL's free hand and asked her if she had any weapons concealed on her person. BELL informed Deputy Burdett there was possibly a gun in her purse. BELL told Deputy Burdett the gun belonged to David. David had previously been identified as David Ayalla and was known to be in a relationship with BELL. Ayalla was not present inside of the vehicle and was not implicated for possession of the firearm. BELL also informed Deputy Burdett David had given her the gun earlier and she had forgotten it was in her purse. The purse was still located inside of the vehicle BELL had just been removed from. Deputy Hay removed the purse from the right front passenger floorboard of the vehicle and the driver and vehicle were released from the scene. The vehicle was not searched and the driver was not questioned as he had been positively identified by Deputy Hay.

BELL and the evidence were then transported to the Sedgwick County Offender Registration Unit for an interview. Deputy Burdett conducted a search of BELL's purse and located 17 hypodermic needles. Deputy Burdett noted the needles were "loaded" or filled with a substance. Deputy Burdett believed some of the needles to be loaded with heroin and some with methamphetamine. Deputy Burdett believed this because some of the needles had a dark in color substance inside of them and some of the needles had a lighter in color substance inside of them and Deputy Burdett had located what he believed from his training and experience to be methamphetamine and heroin on BELL and inside of her purse. Deputy Burdett also located drug paraphernalia and a loaded semi-automatic Smith & Wesson

2

handgun. The handgun was loaded with 12 rounds of ammunition with one of the rounds being in the chamber. The handgun and ammunition were found to have been manufactured across the Kansas state line by Special Agent Neal Tierney of the Bureau of Alcohol, Tobacco, Firearms & Explosives. During a further search of the purse Deputy Burdett located a purple case containing, what Deputy Burdett believed to be heroin, 7 Gabapentin, 4 Clonazepam, 10 Alprazolam, and 2 Xanax pills. Deputy Burdett also located clear plastic cellophane containing 3 unidentifiable orange pills. None of the substances believed to be narcotics were field tested as a safety precaution to personnel.

Forms of identification belonging to seven individuals were also located inside of BELL's purse. A driver's license belonging to Tricia Gile, XX-XX-1989 was located. Deputy Burdett made contact with Gile via telephone. Gile informed Deputy Burdett that she did not know who BELL was and that BELL did not have permission to have her driver's license. Gile also informed Deputy Burdett that a police report had been filed with the Wichita Police Department under case number 18C058481.

A Kansas driver's license was located for Misty Lacount. Deputy Burdett spoke with Lacount via telephone after reaching Lacount through her employer. Lacount informed Deputy Burdett that BELL did not have permission to have her driver's license and further informed Deputy Burdett that other things were stolen from her vehicle. Deputy Burdett informed Gile to file a police report through the Wichita Police Department about her missing property.

Deputy Burdett also located items belonging to the following individuals; Janell Meng, Heidi Janielix Ortiz-Sanchez, Maggie Liles, Mindy Wells, Savannah Moses, and Margery Kent. Deputy Burdett was unable to make contact with those individuals to verify if BELL had permission to be in possession of the items located.

During a criminal history check of BELL's record Detective Jausel identified BELL has a previous felony conviction under case number 2010CR000051FE. BELL entered a plea

of guilty for Aggravated Assault (K.S.A. 21-3410), Distribute Opium, Stimulants, or other Narcotics (K.S.A. 21-36a05.a.1.C), and Possession of a Firearm by a Felon convicted of a persons crime (K.S.A. 21-4204).

BELL was booked into the Sedgwick County Adult Detention Facility without further incident after the evidence was processed at the Sedgwick County Offender Registration unit.

FURTHER AFFIANT SAITH NOT.

_____
MICHAEL JAUSEL
Detective
Sedgwick County Sheriff's Office


Subscribed and Sworn to, before me this 11th day of December, 2018.

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge

4